**RECEIVED**
04/29/2025
KELLY L. STEPHENS, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**CASE NO. 25-1229**

DAVID ANGEL SIFUENTES, III,
Plaintiff-Appellant,

v.

AVVO, INC.,
Defendant-Appellee.
_____/

**MOTION TO REINSTATE APPEAL OUT OF TIME AND FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

**Appeal from the United States District Court for the Western District of Michigan**

Comes now, Plaintiff-Appellant, David Angel Sifuentes, III, proceeding pro se, and respectfully moves this Honorable Court to reinstate his appeal out of time and grant him leave to proceed in forma pauperis pursuant to Federal Rules of Appellate Procedure (FRAP) 2, 3, and 24. Plaintiff-Appellant requests that this Court liberally construe this motion due to his pro se status, in accordance with *Haines v. Kerner*, 404 U.S. 519 (1972).

In support of this motion, Plaintiff-Appellant states as follows:

**I. BACKGROUND**

1. Plaintiff-Appellant filed a Notice of Appeal in the above-captioned matter.
2. The appeal was assigned Case Number 25-1229.
3. On April 28, 2025, this Court issued an Order dismissing the appeal for want of prosecution, citing failure to pay the required fee by April 11, 2025.
4. Plaintiff-Appellant's failure to pay the fee by the deadline was due to excusable neglect, arising from a misunderstanding regarding the filing requirements and deadlines for the fee payment and/or the motion to proceed in forma pauperis while proceeding pro se.

1

5. Plaintiff-Appellant has now filed a Motion for Pauper Status and accompanying affidavit (Form 4) demonstrating his inability to pay the filing fee, dated April 29, 2025.

## II. ARGUMENT

### A. The Appeal Should Be Reinstated Due to Excusable Neglect.

1. Pursuant to FRAP 3(a)(2), failure to pay the required fees does not automatically divest the appellate court of jurisdiction. The Sixth Circuit has recognized that dismissal for failure to pay the docketing fee is discretionary and not mandatory, citing *Jones v. Union County, Tennessee*, 296 F.3d 417, 426 (6th Cir. 2002).
2. In *Jones*, the court reinstated a pro se appellant's case where sufficient excusable neglect was demonstrated.
3. Here, Plaintiff-Appellant, proceeding pro se, experienced excusable neglect resulting in the failure to timely pay the docket fee. Given the preference for resolving cases on their merits and the excusable nature of the neglect, reinstatement is warranted.
4. FRAP 2 allows the Court of Appeals, for good cause, to suspend the requirements of any provision of the Rules. Plaintiff-Appellant requests the Court exercise this discretion to permit the late filing and reinstate the appeal.

### B. Plaintiff-Appellant Should Be Granted Leave to Proceed In Forma Pauperis.

1. FRAP 24 allows a party to move for leave to proceed in forma pauperis in the Court of Appeals.
2. Plaintiff-Appellant has concurrently filed a Motion for Pauper Status and the required financial affidavit (Form 4), detailing his financial inability to pay the court fees. The affidavit indicates minimal income and assets, demonstrating that prepayment of fees would cause undue hardship.
3. Plaintiff-Appellant believes he is entitled to redress and presents potentially meritorious issues for appeal, including denial of due process regarding magistrate judge consent forms, abuse of discretion regarding declining magistrate judge jurisdiction, alleged

jurisdictional defects rendering the judgment void, challenges to restricted filer status, and the constitutionality of local rules regarding magistrate judge assignment.
4. Granting leave to proceed in forma pauperis would allow Plaintiff-Appellant meaningful access to appellate review despite his financial circumstances.

## III. CONCLUSION

For the foregoing reasons, Plaintiff-Appellant David Angel Sifuentes, III respectfully requests that this Honorable Court:
1. Grant this Motion to Reinstate Appeal Out of Time;
2. Grant leave to proceed in forma pauperis pursuant to FRAP 24; and
3. Reinstate Case No. 25-1229 to the active docket.

Respectfully submitted,
_____
David Angel Sifuentes III
Plaintiff-Appellant, Pro Se
439 More St. NE, Unit 2
Grand Rapids, MI 49503
(616) 283-5215

DATED: April 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on the date this Motion is provided to the clerk will be electronically filed by the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit via the CM/ECF system, notice of this filing will be sent by the CM/ECF system to all counsel of record. Consistent with the notice provided in Case No. 25-1229, Document 5-2, counsel for Defendant-Appellee includes Ann E. Filkins and Justin David Flamm.
_____
David Angel Sifuentes III